Order issued September 14 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00598-CV

**RINGO DRILLING I, L.P., Appellant**

**V.**

**VICTORY DRILLING, INC., Appellee**

## ORDER

We **REINSTATE** the appeal. Appellee's brief is due twenty days from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE